Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−15438−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John E. Gulino, Jr.
   9 King Avenue
   Marlton, NJ 08053

Social Security No.:
   xxx−xx−5959

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 24, 2023.


Dated: August 24, 2023
JAN: as

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John E. Gulino, Jr.  
Debtor

Case No. 23-15438-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3  
Date Rcvd: Aug 24, 2023 Form ID: plncf13 Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E. Gulino, Jr., 9 King Avenue, Marlton, NJ 08053-1312 |
| 519954414 | + | Diane Hahn, 793 Bay Avenue, Toms River, NJ 08753-3460 |
| 519954407 | + | Evesham Municipal Utilities Authority, P.O. Box 467, Marlton, NJ 08053-0467 |
| 519954412 | + | Linda Kopec, 3 Vance Avenue, Lavallette, NJ 08735-2240 |
| 519954402 | + | Oliphant Financial, LLC, 1800 2nd Street, #603, Sarasota, FL 34236-5990 |
| 519954413 | + | Patricia Mills, 763 New Hope Road, Staunton, VA 24401-9107 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519974680 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 24 2023 20:37:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519989281 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2023 21:32:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519954409 | | Email/Text: correspondence@credit-control.com | Aug 24 2023 20:38:00 | Credit Control, LLC, 3300 Rider Trail S., Suite 500, Earth City, MO 63045 |
| 519954403 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 24 2023 20:39:00 | Convergent Outstanding, 800 SW 39th Street, Suite #100, P.O. Box 9004, Renton, WA 98057-9004 |
| 519954408 | + | Email/Text: bankruptcy@credencerm.com | Aug 24 2023 20:39:00 | Credence Resource Management, P.O. Box 1253, Southgate, MI 48195-0253 |
| 519954405 | + | Email/Text: bankruptcies@crownasset.com | Aug 24 2023 20:38:00 | Crown Asset Management, 3100 Breckinridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 519959260 | | Email/Text: mrdiscen@discover.com | Aug 24 2023 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519954401 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2023 20:38:00 | IRS, P.O. Box 724, Springfield, NJ 07081 |
| 519970087 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 24 2023 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519992380 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2023 21:32:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519954404 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 20:38:00 | Midland Credit Management, 350 Camino De La |

Case 23-15438-ABA   Doc 19   Filed 08/26/23   Entered 08/27/23 00:14:44   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: plncf13 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Reina, Suite 100, San Diego, CA 92108-3007 |
| 519954402 | ^ | MEBN | Aug 24 2023 20:23:51 | Oliphant Financial, LLC, 1800 2nd Street, #603, Sarasota, FL 34236-5990 |
| 519967009 | + | Email/PDF: cbp@omf.com | Aug 24 2023 22:18:22 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519954406 | ^ | MEBN | Aug 24 2023 20:23:22 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519982668 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 20:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519983693 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 20:38:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519954411 | + | Email/Text: ngisupport@radiusgs.com | Aug 24 2023 20:37:00 | Radius Global Solutions, P.O. Box 357, Ramsey, NJ 07446-0357 |
| 519954399 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 24 2023 20:37:00 | Shellpoint Mortgage Service, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519954400 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 24 2023 20:38:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 519993920 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 24 2023 20:38:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519954410 | + | Email/Text: BAN5620@UCBINC.COM | Aug 24 2023 20:37:00 | United Collection Bureau, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 520003159 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 24 2023 22:17:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519989282 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519989286 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519974389 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023                    Signature:    /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 24, 2023 | Form ID: plncf13 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Stacey L. Mullen | on behalf of Debtor John E. Gulino Jr. slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4