**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-15438 (ABA)**

Monthly Payment: $1,400.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

John E. Gulino, Jr.
9 King Avenue
Marlton, NJ 08053

**For the period of 01/01/2023 to 12/31/2023**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07/05/2023 | $400.00 | 07/05/2023 | $1,000.00 | 08/04/2023 | $1,400.00 | 09/12/2023 | $1,400.00 |
| 10/17/2023 | $1,400.00 | 11/15/2023 | $1,400.00 | 12/15/2023 | $1,400.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOHN E. GULINO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $4,250.00 |
| 1 | CONVERGENT OUTSTANDING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CREDENCE RESOURCE MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CREDIT CONTROL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $19,155.48 | $0.00 | $19,155.48 | $0.00 |
| 5 | DIANE HAHN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EVESHAM MUNICIPAL UTILITIES AUTHORITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $1,413.85 | $0.00 | $1,413.85 | $0.00 |
| 8 | LINDA KOPEC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $3,076.00 | $0.00 | $3,076.00 | $0.00 |
| 10 | OLIPHANT USA, LLC | 33 | $1,599.15 | $0.00 | $1,599.15 | $0.00 |
| 11 | PSE&G | 33 | $3,821.76 | $0.00 | $3,821.76 | $0.00 |
| 12 | PATRICIA MILLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | RADIUS GLOBAL SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NEW REZ, LLC | 24 | $20,624.76 | $2,050.32 | $18,574.44 | $2,050.32 |
| 15 | SPECIALIZED LOAN SERVICING, LLC | 24 | $278.47 | $27.68 | $250.79 | $27.68 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | UNITED COLLECTION BUREAU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DISCOVER BANK | 33 | $2,409.82 | $0.00 | $2,409.82 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 33 | $198.17 | $0.00 | $198.17 | $0.00 |
| 22 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $5,862.18 | $0.00 | $5,862.18 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $10,227.06 | $0.00 | $10,227.06 | $0.00 |
| 24 | JPMORGAN CHASE BANK, N.A. | 33 | $6,875.08 | $0.00 | $6,875.08 | $0.00 |
| 25 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | 33 | $1,365.53 | $0.00 | $1,365.53 | $0.00 |
| 26 | QUANTUM3 GROUP, LLC | 33 | $9,506.34 | $0.00 | $9,506.34 | $0.00 |
| 27 | AMERICAN EXPRESS | 33 | $3,878.00 | $0.00 | $3,878.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | AMERICAN EXPRESS | 33 | $3,002.54 | $0.00 | $3,002.54 | $0.00 |
| 29 | AMERICAN EXPRESS | 33 | $5,116.19 | $0.00 | $5,116.19 | $0.00 |
| 30 | MERRICK BANK | 33 | $1,502.50 | $0.00 | $1,502.50 | $0.00 |
| 31 | VERIZON BY AMERICAN INFOSOURCE | 33 | $575.55 | $0.00 | $575.55 | $0.00 |
| 32 | CARVANA, LLC | 33 | $1,713.92 | $0.00 | $1,713.92 | $0.00 |
| 33 | PREMIER BANKCARD, LLC | 33 | $1,122.70 | $0.00 | $1,122.70 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,403.34 | $0.00 | $7,403.34 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2023 | 60.00 | $1,400.00 |
| 07/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,400.00 |
| Total paid to creditors this period: | $6,328.00 |
| Undistributed Funds on Hand: | $1,265.60 |
| Arrearages: | $1,400.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**