UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

    John E. Gulino, Jr.,

                  Debtor.

Case No. 23-15438    ABA

Judge:    Andrew B. Altenburg, Jr.

**AMENDED STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $9,800.00 total receipts applied to plan, $1,400.00 for five (5) months starting February 1, 2023; then $2,343.00 per month for the remaining forty-eight (48) months with an amended TFS eWage commencing July 1, 2024, for a total of sixty (60) months.

2. **TFS eWage shall be amended and updated via TFS Bill Pay within thirty (30) days from the date of this Stipulation.**

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on August 24, 2023 remain in effect.

 /s/    *Stacey L. Mullen, Esquire*
Stacey L. Mullen, Esquire,
Attorney for Debtor

 /s/    *Andrew B. Finberg*
Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated:    02/29/2024

Dated:    03/11/2024