UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

---

In Re:

John E. Gulino, Jr.**,**

Debtor.

Case No. 23-15438    ABA

Judge:    Andrew B. Altenburg, Jr.

**AMENDED STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed

that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee

payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $9,800.00 total receipts applied to

plan, $1,400.00 for five (5) months starting February 1, 2024; then $2,343.00 per month for the

remaining forty-eight (48) months with an amended TFS eWage commencing July 1, 2024, for a total of

sixty (60) months.

2.    **TFS eWage shall be amended and updated via TFS Bill Pay within thirty (30) days**

**from the date of this Stipulation.**

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on

August 24, 2023 remain in effect.


 _/s/    **Stacey L. Mullen, Esquire**_                          _/s/    **Andrew B. Finberg**_
Stacey L. Mullen, Esquire,                                   Andrew B. Finberg,
Attorney for Debtor                                          Chapter 13 Standing Trustee


Dated:        02/29/2024                              Dated:        03/11/2024