# UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

In re: John E. Gulino, Jr. Case No. 23-15438-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Citigroup Mortgage Loan Trust 2025-RP3
Name of Transferee

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Name of Transferor

Name and Address where notices to transferee should be sent:
**NewRez LLC DBA Shellpoint Mortgage Servicing**
**Bankruptcy Department**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: (800) 365-7107
Last Four Digits of Acct # 9386

Court Claim # (if known): 19-1
Amount of Claim: $224,601.67
Date Claim Filed: 08/31/2023

Phone: (800) 365-7107
Last Four Digits of Acct # 9386

Name and Address where transferee payments should be sent (if different from above):
**NewRez LLC DBA Shellpoint Mortgage Servicing**
**Bankruptcy Department**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: (800) 365-7107
Last Four Digits of Acct #: 9386

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/Toni Townsend*
Authorized Agent for Transferee

Date: 12/12/2025

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| | | |
|---|---|---|
| In Re: John E. Gulino, Jr. | Bankruptcy Case No.: | 23-15438-ABA |
| | Chapter: | 13 |
| | Judge: | Andrew B. Altenburg Jr |

CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

John E. Gulino, Jr.
9 King Avenue
Marlton, NJ 08053

Stacey L. Mullen (*served via ECF Notification)*
Law Office of Stacey L. Mullen
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003

Andrew B Finberg, Trustee *(served via ECF Notification)*
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

U.S. Trustee *(served via ECF Notification)*
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 12/12/2025 By: */s/Toni Townsend*
(date)
Toni Townsend
Authorized Agent for Transferee