**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**In RE:**

JOHN E. GULINO, JR

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 15

**Case Number:** 23-15438

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Verizon by American InfoSource as agent**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Verizon by American InfoSource as agent | Verizon by American InfoSource as agent |
| PO Box 4457 | PO Box 661380 |
| Houston, TX 77210-4457 | Dallas,TX 75266-1380 |

Date: 08/20/2026

/s/ Jordan O'Neal

Creditor's Authorized Agent for Verizon by American InfoSource as agent

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In RE:**

**Chapter:** 13

JOHN E. GULINO, JR

**Case Number:** 23-15438

**Debtor(s)**

## Certificate of Service

I certify that on 08/20/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
STACEY L MULLEN
SLMULLEN@COMCAST.NET

Trustee
ANDREW B FINBERG
courtmail@standingtrustee.com

/s/ Jordan O'Neal

Jordan O'Neal
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com