Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−15438−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John E. Gulino, Jr.
9 King Avenue
Marlton, NJ 08053

Social Security No.:
xxx−xx−5959

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 11/20/26 at 09:00 AM

to consider and act upon the following:

***45*** − Certification in Opposition to (related document:44 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 10/20/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Stacey L. Mullen on behalf of John E. Gulino, Jr.. (Mullen, Stacey)

Dated: 10/8/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court