UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joshua I. Goldman, Esq.
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
Number: (850) 422-2520
josh.goldman@padgettlawgroup.com

In Re:
Gleidson Silva Ferreira, et al.
(See attached)
Debtors.

Case No: See attached

Chapter: See attached

Judge: See attached

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Joshua I. Goldman, Esq., will be substituted as attorney of record for the parties listed in all cases where Alyk L. Oflazian, Esq., has entered a notice of appearance on behalf of Padgett Law Group, referenced in the cases listed in the attached Exhibit A.

Date: October 20, 2026

**Padgett Law Group**
Attorneys for Creditor
**/s/ Alyk L. Oflazian**
Alyk L. Oflazian, Esq.
Signature of Withdrawing Attorney

Date: October 20, 2026

**Padgett Law Group**
Attorneys for Creditor
**/s/ Joshua I. Goldman**
Joshua I. Goldman, Esq.
Signature of Superseding Attorney

# Select a Case

**There was 1 matching person.**

**There were 373 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Oflazian, Alyk L. (aty) (373 cases) | 20-13395-TBA | Gleidson Silva Ferreira and Arlete R Ferreira | 13 | 02/28/20 | N / A | N / A |
| | 20-20951-SLM | Andrea Holmes Thompkins | 7 | 09/25/20 | N / A | N / A |
| | 20-21319-ABA | Crystal A. Flax | 13 | 10/05/20 | N / A | N / A |
| | 20-23880-TBA | Donna J Ellerson | 13 | 12/23/20 | N / A | N / A |
| | 21-11829-EJO | Daniel A Bestman | 13 | 03/05/21 | N / A | N / A |
| | 21-13157-MBK | Pauline Matthews | 13 | 04/19/21 | N / A | N / A |
| | 21-14444-VFP | Kwabena Otchere | 13 | 05/27/21 | N / A | N / A |
| | 21-14520-VFP | Mohamed Gaafar | 13 | 05/28/21 | N / A | N / A |
| | 21-15045-CMG | Andrew Coles | 13 | 06/21/21 | N / A | N / A |
| | 21-15814-MBK | Shaloo Trikha and Rajiv Trikha | 13 | 07/19/21 | N / A | N / A |
| | 21-15913-SLM | Marcia E. Pascal | 13 | 07/22/21 | N / A | N / A |
| | 21-17701-MEH | Ismael Salas | 13 | 09/30/21 | N / A | N / A |
| | 21-18076-CMG | Stephanie DeMarco | 13 | 10/15/21 | N / A | N / A |
| | 21-18207-MEH | Robert Wharmby | 13 | 10/21/21 | N / A | N / A |
| | 21-18874-VFP | Thomas Patrick Darby and Audrey Marie Darby | 13 | 11/16/21 | N / A | N / A |
| | 21-19258-MBK | Montas Cadet | 13 | 12/01/21 | N / A | N / A |
| | 22-10027-TBA | Christopher Soloninkin | 13 | 01/03/22 | N / A | N / A |
| | 22-10194-ABA | Marion A. Still | 13 | 01/10/22 | N / A | N / A |
| | 22-10569-ABA | Jason I. Axilbund | 13 | 01/25/22 | N / A | N / A |
| | 22-10658-MBK | Kevin R. Schneider | 13 | 01/27/22 | N / A | N / A |
| | 22-11070-MEH | Ana Maria Correa | 13 | 02/10/22 | N / A | N / A |
| | 22-11141-SLM | Elisse M Aiello and Thomas Aiello | 13 | 02/14/22 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 22-12439-EJO | Ross I. Young and Heidi Young | 13 | 03/28/22 | N / A | N / A |
| 22-12567-JNP | Ellen R. Little and Don S. Little, Jr. | 13 | 03/30/22 | N / A | N / A |
| 22-12742-VFP | Daniel Thelusma | 13 | 04/04/22 | N / A | N / A |
| 22-13080-MEH | Greg Y Luz Roque and Josephine D Luz Roque | 13 | 04/15/22 | N / A | N / A |
| 22-13437-EJO | Scott Emmons | 13 | 04/27/22 | N / A | N / A |
| 22-14517-CMG | Pasquale Assalone and Karen M Assalone | 13 | 06/07/22 | N / A | N / A |
| 22-15035-ABA | Adrienne L. Jones | 13 | 06/21/22 | N / A | N / A |
| 22-15140-CMG | Zhao Li | 13 | 06/24/22 | N / A | N / A |
| 22-15401-MBK | James John Krahel and Ann Marie Krahel | 13 | 07/05/22 | N / A | N / A |
| 22-16059-EJO | Thomas R Johnson and Rita M Johnson | 13 | 08/01/22 | N / A | N / A |
| 22-16435-ABA | Tracey M. Harper and Edward T. Harper | 13 | 08/16/22 | N / A | N / A |
| 22-16709-TBA | Gustavo Granda | 13 | 08/25/22 | N / A | N / A |
| 22-17010-MBK | Melissa Panniel | 13 | 09/02/22 | N / A | N / A |
| 22-17607-ABA | Carl J. Jackson | 13 | 09/26/22 | N / A | N / A |
| 22-17953-SLM | Maria Weglinski | 13 | 10/07/22 | N / A | N / A |
| 22-18825-TBA | Vickie M Holloway-Jones | 13 | 11/07/22 | N / A | N / A |
| 22-18863-MBK | William H Frazier | 13 | 11/08/22 | N / A | N / A |
| 22-18878-EJO | Rhonda Underwood-Rimpel | 13 | 11/08/22 | N / A | N / A |
| 22-19385-MBK | Eucal Smith | 13 | 11/28/22 | N / A | N / A |
| 22-19436-CMG | Javier Godoy | 13 | 11/29/22 | N / A | N / A |
| 22-19557-MEH | Kelly Velez | 13 | 12/01/22 | N / A | N / A |
| 23-10376-EJO | Julie A. Craig | 13 | 01/16/23 | N / A | N / A |
| 23-11248-MEH | Stefanie A Mazzola | 13 | 02/16/23 | N / A | N / A |
| 23-11357-MEH | John J. Klepacki | 13 | 02/21/23 | N / A | N / A |
| 23-11619-MBK | Barbara Hess and Kris Hess | 13 | 02/28/23 | N / A | N / A |
| 23-11897-MBK | Troy H Ennis | 13 | 03/08/23 | N / A | N / A |
| 23-12499-ABA | Denise Marie Antonelli | 13 | 03/27/23 | N / A | N / A |
| 23-13810-EJO | Paul Woolfolk and Nina H Woolfolk | 13 | 05/03/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-13833-ABA | Kylene E Milligan | 13 | 05/04/23 | N / A | N / A |
| 23-13980-CMG | Mario F. Zamora, Jr. | 13 | 05/09/23 | N / A | N / A |
| 23-14348-MBK | Keith J. Sanders and Tami R. Howard-Sanders | 13 | 05/22/23 | N / A | N / A |
| 23-14450-CMG | Anna M. Sarube | 13 | 05/23/23 | N / A | N / A |
| 23-14692-JNP | Edward Brian Batchelor | 13 | 05/31/23 | N / A | N / A |
| 23-14700-EJO | Francis A. Vanecek, III and Lucy A Bossbaly | 13 | 05/31/23 | N / A | N / A |
| 23-15299-CMG | Carlantonio Cecere | 13 | 06/20/23 | N / A | N / A |
| 23-15438-ABA | John E. Gulino, Jr. | 13 | 06/24/23 | N / A | N / A |
| 23-15536-JNP | Vernon R. Robinson | 13 | 06/28/23 | N / A | N / A |
| 23-15821-EJO | Jose S Vasquez | 13 | 07/07/23 | N / A | N / A |
| 23-16044-EJO | Susan A Wolstromer | 13 | 07/17/23 | N / A | N / A |
| 23-16144-VFP | Wentworth A Thomas | 13 | 07/19/23 | N / A | N / A |
| 23-16180-JNP | Michael L. Delgiorno | 13 | 07/20/23 | N / A | N / A |
| 23-16287-JNP | Patricia A Cox | 13 | 07/24/23 | N / A | N / A |
| 23-16348-VFP | Elisa K Monterroso | 13 | 07/25/23 | N / A | N / A |
| 23-16411-MEH | Nelson M. Oliveira | 13 | 07/27/23 | N / A | N / A |
| 23-16623-ABA | Jeniffer Janis Silvers | 13 | 08/01/23 | N / A | N / A |
| 23-16774-VFP | Marie N Celestin | 13 | 08/07/23 | N / A | N / A |
| 23-17176-EJO | Kim Tropeano | 13 | 08/19/23 | N / A | N / A |
| 23-17803-VFP | Ramdeo S. Ramsaran | 13 | 09/06/23 | N / A | N / A |
| 23-18340-JNP | Besaida Rodriguez | 13 | 09/25/23 | N / A | N / A |
| 23-18387-TBA | Andre Ladika | 13 | 09/26/23 | N / A | N / A |
| 23-18408-TBA | Gustavo Melendez and Catalina Melendez | 13 | 09/27/23 | N / A | N / A |
| 23-18452-VFP | Gonzalo Sampayo-Guerrero | 13 | 09/27/23 | N / A | N / A |
| 23-18540-MEH | Michael J. Rodriguez and Carmen L. Campos | 13 | 09/29/23 | N / A | N / A |
| 23-18613-VFP | Lora Adams | 13 | 10/02/23 | N / A | N / A |
| 23-18719-JNP | Matthew E. Buckley | 13 | 10/05/23 | N / A | N / A |
| 23-18735-TBA | Frederick L. Kaselow and Suzanne B Kaselow | 13 | 10/05/23 | N / A | N / A |
| 23-19193-ABA | Jennifer M. Bond | 13 | 10/17/23 | N / A | N / A |
| 23-19511-CMG | Joseph J. Cubelo | 13 | 10/27/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-20787-TBA | Joseph M. Perna | 13 | 11/17/23 | N / A | N / A |
| 23-21070-MEH | Cindy Robin Theissen | 13 | 11/29/23 | N / A | N / A |
| 23-21079-VFP | Jose E Delacruz | 13 | 11/29/23 | N / A | N / A |
| 23-21205-MEH | Sharon G. Pelage | 13 | 12/01/23 | N / A | N / A |
| 23-21298-JNP | Brittany E Belville | 13 | 12/05/23 | N / A | N / A |
| 23-21670-TBA | Steven Anthony Kent | 13 | 12/18/23 | N / A | N / A |
| 23-21772-MEH | Daniel A. Farber and Dori L. Farber | 13 | 12/21/23 | N / A | N / A |
| 23-21856-VFP | Ahmet Songun | 13 | 12/26/23 | N / A | N / A |
| 24-10014-EJO | Mounir M Guirguis | 13 | 01/02/24 | N / A | N / A |
| 24-10119-VFP | Karen D Chambers | 13 | 01/05/24 | N / A | N / A |
| 24-10387-SLM | Jose A Torres | 13 | 01/16/24 | N / A | N / A |
| 24-10388-SLM | Dawn Paladino Smith | 13 | 01/16/24 | N / A | N / A |
| 24-11081-VFP | John Raymond Ferriter, III | 13 | 02/05/24 | N / A | N / A |
| 24-11120-EJO | Louis T Horvath | 13 | 02/05/24 | N / A | N / A |
| 24-12096-ABA | Candace L Sowers and Chester R Sowers | 13 | 02/28/24 | N / A | N / A |
| 24-12408-ABA | Stephen M. Cervantes and Melissa J. Cervantes | 13 | 03/05/24 | N / A | N / A |
| 24-13580-ABA | Odell Saxton | 13 | 04/08/24 | N / A | N / A |
| 24-13600-SLM | Jorge I. Guznay Colon | 13 | 04/08/24 | N / A | N / A |
| 24-13671-CMG | Ashley T Bloodgood | 13 | 04/10/24 | N / A | N / A |
| 24-13720-JNP | Laura D. Riddell | 13 | 04/12/24 | N / A | N / A |
| 24-13791-MBK | Peter A. Sterns | 13 | 04/15/24 | N / A | N / A |
| 24-13888-JNP | Rhonda Merle Silverman | 13 | 04/17/24 | N / A | N / A |
| 24-13925-MEH | Christopher W Cotnoir | 13 | 04/17/24 | N / A | N / A |
| 24-14016-EJO | Brian E. Blondek | 13 | 04/19/24 | N / A | N / A |
| 24-14085-MBK | Terry E. Lameo, II and Mary A. Lameo | 13 | 04/22/24 | N / A | N / A |
| 24-14358-VFP | Hubert C. Sedano | 13 | 04/29/24 | N / A | N / A |
| 24-14552-ABA | Steven T. Hooker and Jacqueline S. Hooker | 13 | 05/02/24 | N / A | N / A |
| 24-14599-JNP | Darrell Kevin Woods | 13 | 05/06/24 | N / A | N / A |
| 24-15137-SLM | Everaldo DeSouza and Joy DeSouza | 13 | 05/21/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-15174-VFP | Nickolaos Sarabalis and Jamie Russo | 13 | 05/21/24 | N / A | N / A |
| 24-15271-CMG | Michael A Pusey | 13 | 05/23/24 | N / A | N / A |
| 24-15302-JNP | Ronald Conley | 13 | 05/24/24 | N / A | N / A |
| 24-15504-TBA | Lynn Budnik | 13 | 05/30/24 | N / A | N / A |
| 24-15967-ABA | Richard Sean Bates | 13 | 06/13/24 | N / A | N / A |
| 24-16048-MEH | Odette Fofana | 13 | 06/16/24 | N / A | N / A |
| 24-16183-TBA | James D Bryant and Adelina Bryant | 13 | 06/20/24 | N / A | N / A |
| 24-16191-SLM | Dennis Acosta | 13 | 06/20/24 | N / A | N / A |
| 24-16590-SLM | Robert Torres | 13 | 06/29/24 | N / A | N / A |
| 24-16617-SLM | Thomie M. Jenkins and Louis Jenkins | 13 | 06/30/24 | N / A | N / A |
| 24-16645-JNP | Patrick Leposki | 13 | 07/01/24 | N / A | N / A |
| 24-17113-VFP | Manan K. Amin and Akhila Nagula | 13 | 07/16/24 | N / A | N / A |
| 24-17146-TBA | Kimberly Ann Weigman | 13 | 07/17/24 | N / A | N / A |
| 24-17222-CMG | Chelsea McShane and Casey McShane | 13 | 07/19/24 | N / A | N / A |
| 24-17398-ABA | Susan Gaines | 13 | 07/25/24 | N / A | N / A |
| 24-17426-MBK | Michael Gindi | 13 | 07/26/24 | N / A | N / A |
| 24-17460-ABA | Kenneth Phillips and Djuana Fooks-Phillips | 13 | 07/29/24 | N / A | N / A |
| 24-17911-TBA | Roy D Lyon | 13 | 08/09/24 | N / A | N / A |
| 24-17925-JNP | Michael Patrick Wisniewski and Kelly Sue Wisniewski | 13 | 08/09/24 | N / A | N / A |
| 24-18026-JNP | Richard J. McAvaddy, Jr. | 13 | 08/13/24 | N / A | N / A |
| 24-18083-JNP | Frankie Ruiz and Grimilda Altagracia Gomez | 13 | 08/14/24 | N / A | N / A |
| 24-18107-CMG | Randy Berg and Katherine M. Berg | 13 | 08/15/24 | N / A | N / A |
| 24-18429-MEH | Monica Yvette Johnson | 13 | 08/26/24 | N / A | N / A |
| 24-18699-VFP | Anthony S Avila | 13 | 09/02/24 | N / A | N / A |
| 24-19074-EJO | John R. Nortrup, Jr. and Lauren L. Nortrup | 13 | 09/13/24 | N / A | N / A |
| 24-19403-EJO | Mia A. Holloway | 13 | 09/24/24 | N / A | N / A |
| 24-19596-ABA | Frederick J. Axelrod, Jr. | 13 | 09/29/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-19803-EJO | Tommy Viera and Dalina Viera | 13 | 10/02/24 | N / A | N / A |
| 24-19978-TBA | Tammy M. Duda-Nigra | 13 | 10/08/24 | N / A | N / A |
| 24-20060-TBA | Charles D. Templeton | 13 | 10/11/24 | N / A | N / A |
| 24-20172-SLM | Lisa A Potter and Glen A Potter | 13 | 10/14/24 | N / A | N / A |
| 24-20214-ABA | Mary Angela Gasper | 13 | 10/15/24 | N / A | N / A |
| 24-20716-ABA | Rafael J. Leon and Dayanira M Cruz- Collazo | 13 | 10/29/24 | N / A | N / A |
| 24-21041-SLM | Michael F Callahan and Marianne Callahan | 13 | 11/06/24 | N / A | N / A |
| 24-21095-ABA | Jennifer Nicole Incognito | 13 | 11/07/24 | N / A | N / A |
| 24-21173-TBA | Stuart N. Libby and Jamie R. Libby | 13 | 11/09/24 | N / A | N / A |
| 24-21211-TBA | Vonetta D. Williams | 13 | 11/11/24 | N / A | N / A |
| 24-21324-ABA | Terry R. Grayson | 13 | 11/14/24 | N / A | N / A |
| 24-21365-MBK | Margaret H Vickers | 13 | 11/15/24 | N / A | N / A |
| 24-21397-EJO | Israel Garriga | 13 | 11/17/24 | N / A | N / A |
| 24-21570-CMG | Christopher Cote and Traci Cote | 13 | 11/21/24 | N / A | N / A |
| 24-21791-EJO | Gautam J. Desai | 13 | 11/27/24 | N / A | N / A |
| 24-21901-EJO | Fred L Hooks, Jr. | 13 | 12/03/24 | N / A | N / A |
| 24-22107-SLM | Luis R. Plaza | 13 | 12/10/24 | N / A | N / A |
| 24-22110-JNP | Edward Propert and Ute S. Propert | 13 | 12/10/24 | N / A | N / A |
| 24-22155-JNP | Alfred W Green | 13 | 12/11/24 | N / A | N / A |
| 24-22441-EJO | Rolando Maceira and Deborah A. Maceira | 13 | 12/19/24 | N / A | N / A |
| 24-22522-EJO | Jeff V. Manna and Karyn D Manna | 13 | 12/20/24 | N / A | N / A |
| 24-22657-MBK | Keri Bauer | 7 | 12/26/24 | N / A | N / A |
| 24-22825-JNP | Jason G. Kondas and Heather M. Kondas | 13 | 12/31/24 | N / A | N / A |
| 25-10005-EJO | Anthony Nitti and Penni Nitti | 7 | 01/01/25 | N / A | N / A |
| 25-10009-VFP | Leah E Fant | 13 | 01/02/25 | N / A | N / A |
| 25-10045-EJO | Deirdre Ann Matthews | 13 | 01/03/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-10223-JNP | Deloria Walker | 13 | 01/09/25 | N / A | N / A |
| 25-10246-VFP | Jucho Maeng | 13 | 01/09/25 | N / A | N / A |
| 25-10313-ABA | Irma Janet Cintron Bullock | 13 | 01/13/25 | N / A | N / A |
| 25-10318-EJO | Herbert Simon Abrams, Jr. and Michelle Abrams | 13 | 01/13/25 | N / A | N / A |
| 25-10336-VFP | Abrahan Liriano Nunez and Jessica S Vasquez Santos | 13 | 01/13/25 | N / A | N / A |
| 25-10339-JNP | James A. Campbell | 13 | 01/13/25 | N / A | N / A |
| 25-10373-JNP | Robert Michael Foster | 13 | 01/14/25 | N / A | N / A |
| 25-10508-MBK | Linda A. Wittnebert | 13 | 01/17/25 | N / A | N / A |
| 25-10535-CMG | Tibor Bali and Cheryl H Bali | 13 | 01/17/25 | N / A | N / A |
| 25-10570-TBA | Eric J. Recchia | 13 | 01/19/25 | N / A | N / A |
| 25-11108-ABA | Deborah L. Feldman | 13 | 02/03/25 | N / A | N / A |
| 25-11515-MBK | Bret Jillson and Lori Jillson | 13 | 02/14/25 | N / A | N / A |
| 25-11543-VFP | Beth P. Tofel | 13 | 02/14/25 | N / A | N / A |
| 25-11699-ABA | Rocco T. Gregorio | 13 | 02/19/25 | N / A | N / A |
| 25-11726-VFP | Vincenza Maria Martinez | 13 | 02/20/25 | N / A | N / A |
| 25-11811-MBK | Katherine McCooe and Matthew Thomas McCooe | 13 | 02/24/25 | N / A | N / A |
| 25-12155-TBA | Ahmed Hamed | 13 | 03/02/25 | N / A | N / A |
| 25-12194-SLM | Christopher Bruton | 13 | 03/03/25 | N / A | N / A |
| 25-12204-EJO | Ryan Bowe | 13 | 03/03/25 | N / A | N / A |
| 25-12256-CMG | Antonio Fazzolari and Wanda D Fazzolari | 13 | 03/04/25 | N / A | N / A |
| 25-12898-VFP | Lidia T. Rivero | 13 | 03/20/25 | N / A | N / A |
| 25-12942-ABA | Reda H. Kobeissi | 13 | 03/23/25 | N / A | N / A |
| 25-12963-ABA | Mark M. Scheidt and Dawn M. Scheidt | 13 | 03/24/25 | N / A | N / A |
| 25-13034-JNP | Juan Ovalles | 13 | 03/25/25 | N / A | N / A |
| 25-13041-CMG | Walter Schoenefeld | 13 | 03/25/25 | N / A | N / A |
| 25-13821-MBK | Thomas A Erdman | 13 | 04/11/25 | N / A | N / A |
| 25-13825-EJO | Elizabeth Zeas and Cristian Zeas | 13 | 04/11/25 | N / A | N / A |
| 25-13873-CMG | Frank P Trotola | 13 | 04/14/25 | N / A | N / A |
| 25-13927-EJO | Ellen J. Skiba | 13 | 04/15/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-14359-CMG | Louis Carlson | 13 | 04/28/25 | N / A | N / A |
| 25-14388-SLM | Christopher J. Jones and Aileen M. Jones | 13 | 04/28/25 | N / A | N / A |
| 25-14555-TBA | Jose E Benitez | 13 | 04/30/25 | N / A | N / A |
| 25-14599-MBK | Mieczystaw M Wroblewski | 13 | 05/01/25 | N / A | N / A |
| 25-14728-CMG | Jeffrey H. Lubbers and Karen S. Lubbers | 13 | 05/05/25 | N / A | N / A |
| 25-14939-CMG | Charles Joseph Czerniawski, Jr. | 13 | 05/08/25 | N / A | N / A |
| 25-15096-MBK | Brandon J. Ennis | 13 | 05/12/25 | N / A | N / A |
| 25-15193-CMG | Marie Reevey | 13 | 05/14/25 | N / A | N / A |
| 25-15596-TBA | Joel Bermudez and Felicita Celly Bermudez | 13 | 05/28/25 | N / A | N / A |
| 25-15811-ABA | Tanya M Little | 13 | 06/01/25 | N / A | N / A |
| 25-15951-SLM | Jose Zuniga | 13 | 06/04/25 | N / A | N / A |
| 25-15974-JNP | Mark A Gaston and Donna L Gaston | 13 | 06/04/25 | N / A | N / A |
| 25-15982-SLM | Delia M. Vaca | 13 | 06/04/25 | N / A | N / A |
| 25-16006-TBA | Alex G. Aguirre and Tamara Aguirre | 13 | 06/05/25 | N / A | N / A |
| 25-16120-SLM | Jonelva Alfonsina Garcia-Santana | 13 | 06/09/25 | N / A | N / A |
| 25-16381-TBA | Walter Llancari | 13 | 06/17/25 | N / A | N / A |
| 25-16384-JNP | Som N. Tol | 13 | 06/17/25 | N / A | N / A |
| 25-16397-ABA | Robert Anthony Reilly, JR | 13 | 06/17/25 | N / A | N / A |
| 25-16408-TBA | Barbara Jeter | 13 | 06/18/25 | N / A | N / A |
| 25-16741-VFP | Alexander F Solano | 13 | 06/25/25 | N / A | N / A |
| 25-17037-TBA | Marie J Harper | 13 | 07/02/25 | N / A | N / A |
| 25-17127-VFP | Kevin L. Jeffers and Carletta D. Jeffers | 13 | 07/07/25 | N / A | N / A |
| 25-17290-JNP | Pamela Crouch | 13 | 07/11/25 | N / A | N / A |
| 25-17587-EJO | Laura McGovern | 13 | 07/19/25 | N / A | N / A |
| 25-17664-JNP | James L. Rush | 13 | 07/21/25 | N / A | N / A |
| 25-17672-VFP | Wintischa L Wilson | 13 | 07/22/25 | N / A | N / A |
| 25-17705-VFP | Mark J. Clevett and Beth A. Clevett | 13 | 07/22/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-17731-CMG | Milene S Palhais and Joel R Dos Santos Palhais | 13 | 07/23/25 | N / A | N / A |
| 25-17881-EJO | Mian Z Helaly | 13 | 07/28/25 | N / A | N / A |
| 25-17903-SLM | Catherine Theresa Maravegias | 13 | 07/29/25 | N / A | N / A |
| 25-17977-ABA | William H. Foster | 13 | 07/30/25 | N / A | N / A |
| 25-18049-SLM | Karine Diaz | 13 | 07/31/25 | N / A | N / A |
| 25-18121-TBA | Marcos Rodriguez and Jeanie Rodriguez | 13 | 07/31/25 | N / A | N / A |
| 25-18167-MBK | Mary Ellen Traino | 13 | 08/01/25 | N / A | N / A |
| 25-18189-CMG | Vincent Lista | 13 | 08/03/25 | N / A | N / A |
| 25-18196-ABA | Joseph Saez and Angela M Milbourne-Saez | 13 | 08/04/25 | N / A | N / A |
| 25-18447-ABA | Jazmin C. Pickering | 13 | 08/12/25 | N / A | N / A |
| 25-18623-CMG | Andrew P. Brown, 3rd | 13 | 08/15/25 | N / A | N / A |
| 25-18683-ABA | Leonard Butts | 13 | 08/19/25 | N / A | N / A |
| 25-18860-ABA | Michael W. Messeck | 13 | 08/22/25 | N / A | N / A |
| 25-18879-JNP | Teresa M. Kare | 13 | 08/25/25 | N / A | N / A |
| 25-19070-EJO | Ketly Dorvilus-Delia | 13 | 08/28/25 | N / A | N / A |
| 25-19183-MBK | Joseph F. Lacasale, Jr | 13 | 09/02/25 | N / A | N / A |
| 25-19226-CMG | Sandra Lynn Bryant | 13 | 09/03/25 | N / A | N / A |
| 25-19750-VFP | Pedro J. Guerrero | 13 | 09/18/25 | N / A | N / A |
| 25-20026-TBA | Angel C Parra Acevedo | 13 | 09/25/25 | N / A | N / A |
| 25-20039-TBA | Stephen W. Cieciuch and Maureen Cieciuch | 13 | 09/25/25 | N / A | N / A |
| 25-20116-VFP | John E Campbell, Jr. | 13 | 09/27/25 | N / A | N / A |
| 25-20302-CMG | Juan Sebastian Montan and Wanda Haydee Montan | 13 | 09/30/25 | N / A | N / A |
| 25-20355-EJO | Tyler D. Iocono | 13 | 10/01/25 | N / A | N / A |
| 25-20404-JNP | Thomas C. Logsdon | 13 | 10/02/25 | N / A | N / A |
| 25-20485-EJO | Michael Santambrogio | 13 | 10/05/25 | N / A | N / A |
| 25-20540-MBK | Michael Francis Corio | 13 | 10/06/25 | N / A | N / A |
| 25-20557-JNP | Pamela A. Lofland | 13 | 10/06/25 | N / A | N / A |
| 25-20693-MBK | Michele L. Eulner | 13 | 10/09/25 | N / A | N / A |
| 25-21074-CMG | Ericka M. McRae | 13 | 10/17/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-21245-CMG | Gary S. Harris and Donna M. Harris | 13 | 10/23/25 | N / A | N / A |
| 25-21379-ABA | Michael Harris and Kiya L. Harris | 13 | 10/27/25 | N / A | N / A |
| 25-21496-TBA | Maryse Torchon | 13 | 10/29/25 | N / A | N / A |
| 25-21504-TBA | Koku A Badasu | 13 | 10/29/25 | N / A | N / A |
| 25-21544-TBA | Monshuan D. Arnold | 13 | 10/30/25 | N / A | N / A |
| 25-21630-ABA | Michael Mango | 13 | 10/31/25 | N / A | N / A |
| 25-21683-TBA | Ruben Gonzalez, Jr. | 13 | 10/31/25 | N / A | N / A |
| 25-21697-SLM | Edwin Galvez and Enjoli Chimere Galvez | 7 | 11/01/25 | N / A | N / A |
| 25-21748-ABA | Bernadette Harper | 13 | 11/03/25 | N / A | N / A |
| 25-21782-TBA | Elizabeth Shea Martinez | 13 | 11/04/25 | N / A | N / A |
| 25-21850-TBA | Isaura De La Caridad Gonzalez Matos | 13 | 11/06/25 | N / A | N / A |
| 25-21852-EJO | Karen M. Stralkus | 13 | 11/06/25 | N / A | N / A |
| 25-21946-CMG | Joseph Calloway Hudson, III | 11 | 11/10/25 | N / A | N / A |
| 25-21992-JNP | Trevon A. Watson | 13 | 11/11/25 | N / A | N / A |
| 25-22133-SLM | Audrey C Irby | 13 | 11/14/25 | N / A | N / A |
| 25-22194-MBK | Lenora Koch | 13 | 11/17/25 | N / A | N / A |
| 25-22392-JNP | Dyshon M Andino | 13 | 11/20/25 | N / A | N / A |
| 25-22420-ABA | Manmohit S Chawla and Megan M Chawla | 13 | 11/21/25 | N / A | N / A |
| 25-22438-CMG | John W. Connelly and Marion F. Connelly | 13 | 11/21/25 | N / A | N / A |
| 25-22444-SLM | E&M Bindery, Inc. | 11 | 11/21/25 | N / A | N / A |
| 25-22512-SLM | Marcin Marek Leja | 13 | 11/24/25 | N / A | N / A |
| 25-22566-EJO | Coryn E. Toldt | 13 | 11/25/25 | N / A | N / A |
| 25-22759-ABA | Justin J. Cline | 13 | 12/01/25 | N / A | N / A |
| 25-23000-TBA | Nafez M. Eirekat and Linda M. Eirekat | 13 | 12/09/25 | N / A | N / A |
| 25-23081-SLM | Nelson M Castellon | 13 | 12/10/25 | N / A | N / A |
| 25-23290-ABA | Denise Beth Whilden | 13 | 12/16/25 | N / A | N / A |
| 25-23603-MBK | Davit Oshkhereli | 13 | 12/26/25 | N / A | N / A |
| 25-23689-SLM | Bartolo Malave | 13 | 12/29/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-23741-CMG | Jacob L. Robinson and Kim Anita Robinson | 13 | 12/30/25 | N / A | N / A |
| 25-23762-EJO | Kevin G Kane and Michele Kane | 13 | 12/31/25 | N / A | N / A |
| 26-10093-EJO | Jose S. Aguilar | 13 | 01/06/26 | N / A | N / A |
| 26-10166-CMG | Richard Walter Derrickson and Sharon Lynn Derrickson | 13 | 01/07/26 | N / A | N / A |
| 26-10345-JNP | Schenita N. Callender | 13 | 01/12/26 | N / A | N / A |
| 26-10346-SLM | Esther Cruz | 13 | 01/12/26 | N / A | N / A |
| 26-10431-TBA | Lee Buonsanto | 13 | 01/15/26 | N / A | N / A |
| 26-10518-ABA | Nina A. Johnson | 13 | 01/16/26 | N / A | N / A |
| 26-10730-JNP | LaTasha S. Hall | 13 | 01/22/26 | N / A | N / A |
| 26-10864-SLM | Adamafio Otoo | 13 | 01/28/26 | N / A | N / A |
| 26-11034-ABA | Zachary E. Pew | 13 | 01/30/26 | N / A | N / A |
| 26-11177-EJO | James E. Gober and Celeste C. Gober | 13 | 02/02/26 | N / A | N / A |
| 26-11280-TBA | Angelique S DosSantos | 13 | 02/04/26 | N / A | N / A |
| 26-11428-SLM | Peter Weber, III and Deborah Joan Weber | 13 | 02/09/26 | N / A | N / A |
| 26-11474-CMG | Angela Stephens | 13 | 02/10/26 | N / A | N / A |
| 26-11558-VFP | Ali Tatarkulov | 11 | 02/11/26 | N / A | N / A |
| 26-11706-ABA | Cynthia A Veneri | 13 | 02/16/26 | N / A | N / A |
| 26-11713-MBK | Robert L Hailey | 13 | 02/16/26 | N / A | N / A |
| 26-11733-EJO | Thomas Kennedy | 13 | 02/17/26 | N / A | N / A |
| 26-11739-CMG | Joseph L. Pytlewski | 13 | 02/17/26 | N / A | N / A |
| 26-11741-CMG | Russell John Baker and Hannah W Baker | 13 | 02/17/26 | N / A | N / A |
| 26-11766-VFP | Anita L. Hammond | 13 | 02/18/26 | N / A | N / A |
| 26-12012-EJO | Michael John Zupp | 13 | 02/25/26 | N / A | N / A |
| 26-12017-VFP | Choudhry F. Mealow | 7 | 02/25/26 | N / A | N / A |
| 26-12239-TBA | Sandy Almonte | 13 | 02/28/26 | N / A | N / A |
| 26-12309-TBA | Ryan A Lewis | 13 | 03/02/26 | N / A | N / A |
| 26-12330-MBK | Kevin C Montgomery | 13 | 03/02/26 | N / A | N / A |
| 26-12439-VFP | Ramon Santiago Dalmasi | 13 | 03/04/26 | N / A | N / A |
| 26-12765-MBK | Anthony L Mongiello, Jr. | 13 | 03/13/26 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 26-12816-SLM | Mario Roberto Lopez | 13 | 03/13/26 | N / A | N / A |
| 26-12908-MEH | Michelle Scoza McBride | 13 | 03/17/26 | N / A | N / A |
| 26-12940-VFP | Yolanda Terrace Patron | 13 | 03/18/26 | N / A | N / A |
| 26-13117-EJO | Michael R Sbailo, Sr | 13 | 03/23/26 | N / A | N / A |
| 26-13245-CMG | Diane Elizabeth Rodre | 13 | 03/25/26 | N / A | N / A |
| 26-13250-ABA | William J. Tozer, Jr. | 13 | 03/25/26 | N / A | N / A |
| 26-13789-CMG | Russell A Poles | 13 | 04/06/26 | N / A | N / A |
| 26-13844-MBK | Ralph Christopher Puca | 13 | 04/07/26 | N / A | N / A |
| 26-14214-MBK | Allen C. Pomerantz and Randee Pomerantz | 7 | 04/16/26 | N / A | N / A |
| 26-14424-CMG | Sandra D Hunter | 13 | 04/22/26 | N / A | N / A |
| 26-14463-JNP | Adriana Del Rosario Villarreal | 13 | 04/23/26 | N / A | N / A |
| 26-14494-TBA | Howard J. Bischoff and Danuta Bischoff | 13 | 04/23/26 | N / A | N / A |
| 26-14562-CMG | Anne M. Tsolakis | 13 | 04/24/26 | N / A | N / A |
| 26-14636-TBA | Jacqueline E. McCullough | 11 | 04/27/26 | N / A | N / A |
| 26-14797-ABA | Stacey L. Robb | 13 | 04/29/26 | N / A | N / A |
| 26-14823-MBK | Mary Elizabeth McKelvey | 13 | 04/30/26 | N / A | N / A |
| 26-14925-SLM | Angel Cruz | 13 | 04/30/26 | N / A | N / A |
| 26-14942-ABA | Raymond J. Steward, III and Kathleen Q. Steward | 13 | 05/01/26 | N / A | N / A |
| 26-14992-JNP | Timothy Hunt, Sr. and Beverly Hunt | 13 | 05/04/26 | N / A | N / A |
| 26-15057-EJO | Alexander Touder and Olga Touderova | 13 | 05/04/26 | N / A | N / A |
| 26-15090-CMG | Ida Bea | 13 | 05/05/26 | N / A | N / A |
| 26-15429-VFP | Maria L Drosos | 13 | 05/13/26 | N / A | N / A |
| 26-15442-CMG | Loretta Bader | 13 | 05/13/26 | N / A | N / A |
| 26-15519-ABA | Rochelle E Dickens | 13 | 05/15/26 | N / A | N / A |
| 26-15558-ABA | Girvish M. Phelps | 13 | 05/18/26 | N / A | N / A |
| 26-15567-ABA | Rebecca Kay Battle | 13 | 05/18/26 | N / A | N / A |
| 26-15688-TBA | Junie Mathelier | 13 | 05/20/26 | N / A | N / A |
| 26-15744-MBK | Soon Dokko | 13 | 05/21/26 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 26-15790-JNP | Silvestre Perez and Candi Lynn Perez | 13 | 05/22/26 | N / A | N / A |
| 26-15889-SLM | 40 Halstead St LLC | 11 | 05/26/26 | N / A | N / A |
| 26-15904-EJO | Florina Cira | 13 | 05/26/26 | N / A | N / A |
| 26-15937-MEH | Carolyn Chestnut | 13 | 05/27/26 | N / A | N / A |
| 26-16188-EJO | Edith Burton | 13 | 06/01/26 | N / A | N / A |
| 26-16189-CMG | Cilia Civetta | 13 | 06/01/26 | N / A | N / A |
| 26-16288-ABA | Dinora Del Carmen Herrera | 13 | 06/02/26 | N / A | N / A |
| 26-16318-EJO | Luis F. Salgado | 13 | 06/03/26 | N / A | N / A |
| 26-16593-CMG | Javon O. Jones and Telika L. Jones | 13 | 06/08/26 | N / A | N / A |
| 26-16652-VFP | Blue Stone Properties LLC | 11 | 06/09/26 | N / A | N / A |
| 26-16684-TBA | Rene A. Sosa | 13 | 06/09/26 | N / A | N / A |
| 26-16746-JNP | Victor W. Salvatierra Oquendo | 13 | 06/10/26 | N / A | N / A |
| 26-16813-ABA | Jacqueline Harper | 13 | 06/12/26 | N / A | N / A |
| 26-16848-MEH | Paul J Dunaway and Donna S Dunaway | 13 | 06/12/26 | N / A | N / A |
| 26-16989-CMG | Jarrod Philpot | 13 | 06/17/26 | N / A | N / A |
| 26-17031-VFP | Peggy Ann Spickofsky | 13 | 06/17/26 | N / A | N / A |
| 26-17033-CMG | Stephen S Shemlon | 13 | 06/17/26 | N / A | N / A |
| 26-17089-TBA | Giuseppe Benanti | 13 | 06/18/26 | N / A | N / A |
| 26-17317-MBK | Stephanie Francino Haynes | 13 | 06/24/26 | N / A | N / A |
| 26-17495-EJO | Nandakumar Vellasamy | 7 | 06/30/26 | N / A | N / A |
| 26-17559-CMG | Patricia Apraez | 7 | 06/30/26 | N / A | N / A |
| 26-17800-TBA | Tony Williams | 7 | 07/07/26 | N / A | N / A |
| 26-17831-MBK | Daaiyah Jeelan Mayweathers | 13 | 07/08/26 | N / A | N / A |
| 26-17870-TBA | Constance Ajamian | 13 | 07/09/26 | N / A | N / A |
| 26-17885-ABA | Carolyn F. Allen | 13 | 07/09/26 | N / A | N / A |
| 26-17907-MBK | Craig E Cecere and Maria C Cecere | 7 | 07/10/26 | N / A | N / A |
| 26-17960-ABA | Howard T. Fitzgerald | 13 | 07/13/26 | N / A | N / A |
| 26-18002-ABA | Jewel A. Cheeks | 13 | 07/14/26 | N / A | N / A |
| 26-18118-TBA | Katrice Little Simon | 13 | 07/16/26 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 26-18217-VFP | Choudhry F. Mealow | 13 | 07/20/26 | N / A | N / A |
| 26-18240-CMG | Mark G. Tillson | 13 | 07/20/26 | N / A | N / A |
| 26-18336-MBK | Jennifer L Hammer | 13 | 07/23/26 | N / A | N / A |
| 26-18448-EJO | Elias E. Halkias | 13 | 07/27/26 | N / A | N / A |
| 26-18577-TBA | Marcos D. Vider and Margarita C. Vider | 13 | 07/29/26 | N / A | N / A |
| 26-18580-MBK | Walter Scott Wolfe | 13 | 07/30/26 | N / A | N / A |
| 26-18772-TBA | Joyce Ann Parker | 13 | 08/03/26 | N / A | N / A |
| 26-18773-ABA | Patricia Doubledee | 13 | 08/03/26 | N / A | N / A |
| 26-18811-EJO | Raimondo Schiano | 13 | 08/04/26 | N / A | N / A |
| 26-18984-CMG | Shawn A. Baker | 13 | 08/07/26 | N / A | N / A |
| 26-18989-JNP | Israel Delarosa | 13 | 08/07/26 | N / A | N / A |
| 26-19198-MEH | Javier Lama | 13 | 08/13/26 | N / A | N / A |

---


## PACER Service Center

### Transaction Receipt

09/30/2026 16:55:47

| | | | |
|---|---|---|---|
| **PACER Login:** | aloflazian | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Oflazian Type: aty Open Cases: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |